IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steven Parks, :

    Plaintiff, :

  v. : Case No. 2:08-cv-533

Michael J. Astrue, Commissioner : JUDGE MARBLEY
of Social Security,

    Defendant. :

## ORDER

The parties have filed a joint motion to enter a judgment under sentence four of U.S.C. §405(g) with remand of this case to the Commissioner for further administrative action. The motion sets forth good cause and the motion (#16) is therefore granted. On remand the Appeals Council will remand this case to an Administrative Law Judge (ALJ) who will update the record and allow plaintiff to submit additional evidence and testify at a new hearing. The ALJ will evaluate the case de novo. The ALJ will resolved the inconsistency between her finding that the plaintiff's combined impairments met listing 12.05C beginning November 28, 2006, but did not meet listing 12.05C prior to that date. If necessary, the ALJ will consider obtaining evidence from a medical expert to render an opinion regarding plaintiff's physical and mental impairments, to assist in determining whether plaintiff's combined impairments met or equaled any listed impairment throughout the entire period at issue.

                                    s/Algenon L. Marbley
                                    Algenon L. Marbley
                                    United States District Judge