**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Steven Parks, | : |
| Plaintiff, | : |
| v. | : Case No. 2:08-cv-533 |
| Michael J. Astrue, Commissioner of Social Security, | : JUDGE MARBLEY |
| | : |
| Defendant. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 3, 2009 Order, judgment is entered under sentence four of U.S.C. §405(g) with remand of this case to the Commissioner for further administrative action.

Date: **March 4, 2009**     **James Bonini, Clerk**

                                              s/Betty L. Clark
                                              Betty L. Clark/Deputy Clerk